## Commonwealth *v.* Sampson, Appellant.

Argued March 18, 1976.
*James A. Downey, III*, Assistant Public Defender, for appellant; *Peter F. Schenck*, Assistant District Attorney, with him *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.